THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-082RSL |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO MODIFY DEFENDANT'S BOND CONDITION |
| CEDRIC BARQUET, | |
| Defendants. | |

THIS MATTER having come before the Court on defendant's motion requesting a modification of his Appearance Bond, to wit, elimination of the condition of home detention and the imposition of a curfew component, the Court having reviewed the instant motion and the records in this matter,

IT IS THEREFORE ORDERED that the following special condition is removed from the defendant's appearance bond:

> The defendant shall participate in the location monitoring program with Radio Frequency technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

ORDER GRANTING MOTION - 1
TO MODIFY BOND CONDITION
USA v. Cedric Barquet / CR08-082RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS FURTHER ORDERED that the following conditions shall be imposed:

The defendant shall not enter any establishment where alcohol is the primary commodity for sale.

The defendant shall be prohibited from gambling and the defendant shall not enter, frequent or be otherwise involved with any legal or illegal gambling establishment or activity, except if approved by the defendant's probation officer.

The defendant shall participate in the location monitoring program with Radio Frequency technology. The defendant is restricted to his/her residence between 9:00 p.m. and 5:00 a.m. or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

All other conditions of Mr. Barquet's Appearance Bond previously set shall remain in effect.

DONE this 18th day of September, 2018.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Cedric Barquet

ORDER GRANTING MOTION - 2
TO MODIFY BOND CONDITION
USA v. Cedric Barquet / CR08-082RSL

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100